**Order entered March 13, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01512-CV

**JONAS MORRIS, Appellant**

**V.**

**EYOANWAY MORRIS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV18-00700-V**

## ORDER

The reporter's record is overdue. On February 7, 2019, the court reporter notified the Court by letter that appellant had neither requested nor paid for a reporter's record. On the same date, we sent appellant a letter instructing him to file, within ten days, notice that he has requested preparation of the reporter's record and written verification that he has paid or made arrangements to pay the reporter's fee or written documentation that he has been found entitled to proceed without payment of costs. We cautioned appellant that failure to comply may result in an order that the appeal being submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

On February 21, 2019, the Court received a letter from appellant stating that he contacted the court reporter who told him the fee for preparation of the reporter's record was $400.

Appellant states that he cannot afford to pay the $400 fee. Appellant has not provided written documentation demonstrating that he has been found entitled to proceed without payment of costs. Accordingly, we **ORDER** the appeal be submitted without the reporter's record. *See id*.

Appellant shall file his brief by **April 12, 2019**.

/s/     BILL WHITEHILL
          JUSTICE